**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                           September 13, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 12-cv-00366-RPM

MICHAEL GONZALEZ,                                                                      David A. Lane
                                                                                                     Sarah M. Morris

          Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities,          Mark S. Ratner
JOHN DOE #1, in his individual capacity and
JOHN DOE #2, in his individual capacity,

          Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**2:00 p.m.          Court in session.**

Court's preliminary remarks.

Argument by Mr. Ratner.
Statements by Mr. Lane.

Counsel agree to confer and cooperate regarding determination of additional parties (amended complaint).

**ORDERED:     Defendant's Motion to Dismiss Plaintiff's Complaint [10], is moot.
                          Defendant's Amended Motion to Dismiss Plaintiff's Complaint [11], is denied.
                          Defendant's Motion to Stay Discovery [12], is denied.**

**2:10 p.m.          Court in recess.**

Hearing concluded.  Total time: 10 min.