IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366 RPM

MICHAEL GONZALEZ

    Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities

    Defendant.

_____

### ORDER FOR FILING AMENDED COMPLAINT
_____

On January 17, 2013, the plaintiff filed a motion for leave to file an amended complaint and tendered a copy of the proposed amended complaint. The defendant Sheriff John Cooke filed a reply on February 4, 2013. It is now

ORDERED that the plaintiff's motion for leave to file an amended complaint is granted and the amended tendered therewith is ordered filed.

Dated: February 15th, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge