IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM

MICHAEL GONZALEZ

      Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
THE ESTATE OF DEPUTY JAMES HAYWARD;
COMMANDER GREG BROSWELL;
COMMANDER KENNETH LEACH;
COMMANDER PAUL GLANZ;
COMMANDER SALLY GOMEZ; and
COMMANDER JERAMY HETTINGER,

      Defendants.
_____

### ORDER DISMISSING DEFENDANT THE ESTATE OF DEPUTY JAMES HAYWARD
_____

This matter is before the Court on the Stipulated Motion to Dismiss Defendant the Estate of Deputy James Hayward. The Court, being fully advised in the matter, enters the following Order:

IT IS ORDERED that all claims against Defendant the Estate of Deputy James Hayward are hereby dismissed, with each party to pay their own respective fees and costs.

Dated: May 3rd, 2013

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge