IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM

MICHAEL GONZALEZ

      Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
THE ESTATE OF DEPUTY JAMES HAYWARD;
COMMANDER GREG BROSWELL;
COMMANDER KENNETH LEACH;
COMMANDER PAUL GLANZ;
COMMANDER SALLY GOMEZ; and
COMMANDER JERAMY HETTINGER,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that  a scheduling conference will be held on **July 9, 2013, at 11:30 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.    Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on July 3, 2013.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.

Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days

before the scheduling conference.

Dated: May 21st, 2013

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge