IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 12-cv-00366 RPM

MICHAEL GONZALEZ

    Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Plaintiff's unopposed motion to vacate and reset the July 9, 2013, scheduling conference is granted.  The conference is **rescheduled for July 16, 2013 at 11:30 a.m.**, in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order must be submitted in paper form directly to chambers on or before **July 11, 2013, at 4:00 p.m.**

DATED:   June 19, 2013