# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM-MJW

MICHAEL GONZALES,

    Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
COMMANDER GREG BROSWELL, in his individual capacity;
COMMANDER KENNETH LEACH, in his individual capacity;
COMMANDER PAUL GLANZ, in his individual capacity;
COMMANDER SALLY GOMEZ, in her individual capacity; and
COMMANDER JERAMY HETTINGER, in his individual capacity;

    Defendants.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONDUCT DEPOSITIONS OF INCARCERATED PLAINTIFF PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)

---

THIS MATTER comes before the Court upon Defendants' Unopposed Motion to Conduct Depositions of Incarcerated Plaintiff Pursuant to Fed. R. Civ. P. 30(a)(2)(B). The Court has reviewed the Motion and is fully advised in the premises. It is hereby:

ORDERED that the Motion is GRANTED. Accordingly, Defendants may depose Plaintiff with respect to this matter.

DATED this 8th day of November, 2013.

        BY THE COURT:

        s/Richard P. Matsch
        Richard P. Matsch, Senior District Judge