**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number: 12-cv-00366 RPM-MJW

MICHAEL GONZALES,

    Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
COMMANDER GREG BROSWELL, in his individual capacity;
COMMANDER KENNETH LEACH, in his individual capacity;
COMMANDER PAUL GLANZ, in his individual capacity;
COMMANDER SALLY GOMEZ, in her individual capacity; and
COMMANDER JERAMY HETTINGER, in his individual capacity;

    Defendants.

_____

**ORDER MODIFYING SCHEDULING ORDER**
_____

UPON Plaintiff's Unopposed Motion to Modify Scheduling Order With Respect to Expert Disclosures, the Court, being fully advised in the premises and for good cause shown, hereby:

ORDERS Plaintiff's Motion is GRANTED. The current deadlines, as set forth in the Scheduling Order [Doc. 56], are modified as follows:

    a. Affirmative Expert Disclosure: December 30, 2013.

    b. Contradicting Expert Disclosure: January 31, 2014.

    c. Rebuttal Opinion Deadline: **February 28, 2014.**

    d. Discovery cut-off: **March 31, 2014.**

    e. Dispositive Motions Deadline: **April 30, 2014.**

DATED: November 18, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge