**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Number:  12-cv-00366 RPM-MJW

MICHAEL GONZALES,

      Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
COMMANDER GREG BROSWELL, in his individual capacity;
COMMANDER KENNETH LEACH, in his individual capacity;
COMMANDER PAUL GLANZ, in his individual capacity;
COMMANDER SALLY GOMEZ, in her individual capacity; and
COMMANDER JERAMY HETTINGER, in his individual capacity;

      Defendants.

_____

**ORDER**
_____

UPON Plaintiff's <u>Unopposed</u> Motion to Modify Scheduling Order, the Court, being fully

advised in the premises and for good cause shown, hereby:

ORDERS Plaintiff's Motion is GRANTED.  The current deadlines, as set forth in the

Scheduling Order [Doc. 56], are modified as follows:

      a.      Affirmative Expert Disclosure: **February 13, 2014.**

      b.      Contradicting Expert Disclosure: **March 13, 2014.**

      c.      Rebuttal Opinion Deadline: **April 14, 2014.**

      d.      Discovery cut-off: **May 16, 2014.**

      e.      Dispositive Motions Deadline: **June 13, 2014.**

DATED:  December 31, 2013

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior Judge