IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM

MICHAEL GONZALEZ

      Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
COMMANDER GREG BROSWELL;
COMMANDER KENNETH LEACH;
COMMANDER PAUL GLANZ;
COMMANDER SALLY GOMEZ; and
COMMANDER JERAMY HETTINGER,

      Defendants.
_____

ORDER DENYING MOTION FOR PROTECTIVE ORDER AS TO DEFENDANTS OTHER THAN PAUL GLANZ
_____

Upon consideration of the motion for protective order filed by the defendants, seeking a change in location for depositions from Denver to Greeley [71] and the plaintiff's response [72] and upon the finding that excepting as to the Defendant Paul Glanz, the defendants have failed to show sufficient burden and hardship for the change in location, and it is therefore

ORDERED that the motion for protective order is denied as to defendants other than Paul Glanz.

Dated:   April 15th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge