IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM

MICHAEL GONZALEZ

      Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
COMMANDER GREG BROSWELL;
COMMANDER KENNETH LEACH;
COMMANDER PAUL GLANZ;
COMMANDER SALLY GOMEZ; and
COMMANDER JERAMY HETTINGER,

      Defendants.
_____

ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER
_____

      After consideration of the Joint Motion to Amend the Scheduling Order, filed May 8, 2014 [74], it is

      ORDERED that the motion is granted and the Scheduling Order [56] is amended as follows:

            Affirmative Expert Disclosure: May 16, 2014

            Contradicting Expert Disclosure: June 16, 2014

            Rebuttal Expert Disclosure: July 14, 2014

            Discovery cut-off: August 14, 2014

            Dispositive Motion Deadline: September 15, 2014

Dated:   May 8th , 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge