IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM

MICHAEL GONZALEZ

      Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
COMMANDER GREG BROSWELL;
COMMANDER KENNETH LEACH;
COMMANDER PAUL GLANZ;
COMMANDER SALLY GOMEZ; and
COMMANDER JERAMY HETTINGER,

      Defendants.

_____

ORDER GRANTING MOTION TO AMEND MOTION FOR SUMMARY JUDGMENT
_____

Upon review of Defendants' Motion for Leave to Amend or Substitute [88] filed

November 18, 2014, it is

ORDERED that the motion is granted and Defendants' Amended Motion for Summary

Judgment attached thereto is accepted for filing.

Dated:   November 19th, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge