# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:              February 12, 2015
Courtroom Deputy:  Emily Buchanan
FTR Technician:    Kathy Terasaki

---

Civil Action No. 12-cv-00366-RPM                 Counsel:

MICHAEL GONZALES,                                David Lane

      Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and          Mark Ratner
individual capacities,
COMMANDER GREG BROSWELL, in his
individual capacity,
COMMANDER KENNETH LEACH, in his
individual capacity,
COMMANDER PAUL GLANZ, in his
individual capacity,
COMMANDER SALLY GOMEZ, in her
individual capacity, and
COMMANDER JERAMY HETTINGER, in
his individual capacity,

      Defendants.

---

## COURTROOM MINUTES

---

## MOTION HEARING

**10:28 a.m.**     **Court in session.**

Before the Court today is Defendants' Amended Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56.

Statements by the Court regarding the documents submitted by counsel, its impressions of the case, the problem of qualified immunity, and plaintiff's thoughts about pursuing each individual defendant.

10:32 a.m.      Mr. Lane answers questions of the Court regarding the safety concern with two hit men in the unit, the individuals in charge at the jail, keeping Mr. Gonzales safe at the jail, and a policy issue.

10:45 a.m.      Mr. Ratner answers questions of the Court regarding an anonymous tip regarding the hit, the transfer of Mr. Williams, identifying the Sureños gang members, the fullness of the jail, and the lack of an adequate policy.

10:57 a.m.      Response by Mr. Lane.

**ORDERED:**   Defendants' Amended Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 (Doc. No. 92) is TAKEN UNDER ADVISEMENT.

**11:01 a.m.      Court in recess.**

Hearing concluded.  Total time:        33 min.