IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM-MEH

MICHAEL GONZALEZ

    Plaintiff,

v.

SHERIFF JOHN COOKE, in his official and individual capacities;
COMMANDER GREG BROSWELL;
COMMANDER KENNETH LEACH;
COMMANDER PAUL GLANZ;
COMMANDER SALLY GOMEZ; and
COMMANDER JERAMY HETTINGER,

    Defendants.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **August 10, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx .

Dated:   May 8th, 2015

                                                   BY THE COURT:

                                                   s/Richard P. Matsch

                                                   _____

                                                   Richard P. Matsch, Senior District Judge