IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM-MEH

MICHAEL GONZALEZ

    Plaintiff,

v.

SHERIFF JOHN COOKE, in his official capacity;
COMMANDER GREG BROSWELL;
COMMANDER KENNETH LEACH;
COMMANDER PAUL GLANZ;
COMMANDER SALLY GOMEZ; and
COMMANDER JERAMY HETTINGER,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss All Individual Defendants with Prejudice [Doc. 114], it is

ORDERED that Defendants Commander Greg Broswell, Commander Kenneth Leach, Commander Paul Glanz, Commander Sally Gomez and Commander Jeramy Hettinger are dismissed, with prejudice, each party to pay their own fees and costs, including attorney fees.

Dated:   July 23, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge