IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM

MICHAEL GONZALEZ

      Plaintiff,

v.

SHERIFF JOHN COOKE,

      Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      Pursuant to the Minute Order entered by U. S. Magistrate Judge Hegarty on June 16, 2015, advising that counsel have agreed to settle this case [Doc. 108], the August 10, 2015, trial date is vacated.

DATED:   August 7, 2015