IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 12-cv-00366-RPM-MEH

MICHAEL GONZALEZ

    Plaintiff,

v.

SHERIFF STEVEN REAMS, in his official capacity;

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulated Motion to Dismiss [Doc. 117], it is

ORDERED that this action is dismissed, with prejudice, each party to pay their own fees and costs.

Dated:   August 10, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge